The Honorable Benjamin H. Settle

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| CHRISTOPHER HOPKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMELIGHT, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:26-cv-05017-BHS<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |


MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant HomeLight, Inc., by and through undersigned counsel discloses that it has no parent company and no publicly-held entity owns 10% or more of its stock.

Dated: January 27, 2026

By s/ *Rossi F. Maddalena*


Rossi F. Maddalena, WSBA #39351
**MERRICK, HOFSTEDT & LINDSEY, P.S.**
3101 Western Avenue, Suite 200
Seattle, WA 98121
Tel. (206) 682-0610
Email: rmaddalena@mhlseattle.com

John W. McGuinness (*pro hac vice* forthcoming)
A. Paul Heeringa (*pro hac vice* forthcoming)
Patrice S. Ruane (*pro hac vice* forthcoming)
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
JMcGuinness@manatt.com
PHeeringa@manatt.com
PRuane@manatt.com


***Attorneys for Defendant HomeLight, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record**.**

EXECUTED this 27th day of January, 2026, at Seattle, Washington.

*s/ Harry Cho*
Harry Cho, Legal Assistant